UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC., a Delaware nonprofit corporation d/b/a WWW.WORLDWILDLIFE.ORG,<br><br>Defendant. | Case No. 2:23-cv-06112-WLH-MAA<br><br>**ORDER REGARDING MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT [25]** |

Plaintiff Sonya Valenzua ("Plaintiff") filed a Motion for Leave to File Second Amended Class Action Complaint ("Plaintiff's Motion," Docket No. 25). Defendant filed a Notice of Non-opposition to Plaintiff's Motion. (Notice of Non-Opp'n, Docket No. 26).[1]

---

[1] In the Notice of Non-Opposition, Defendant alleges that Plaintiff misrepresented facts in its Motion (Notice of Non-Opp'n, Docket No. 26 at n.1 ("Despite suggestions to the contrary in her Motion, Ms. Valenzua did not present to WWF a draft of any corrective complaint until service and filing of the Motion to Amend.")). At this time, the Court does not comment on these allegations except to generally admonish the parties that the Court takes candor on the part of lawyers appearing in front of the Court extremely seriously.

1  The Court, having considered Plaintiff's unopposed Motion and finding good
2  cause hereby **GRANTS** the Motion and **ORDERS** that Plaintiff file the Second
3  Amended Class Action Complaint attached to Plaintiff's Motion as a separate
4  document in the Court's CM/ECF System within fourteen days of the entry of this
5  order.  Under Local Rule 15-3, the Second Amended Class Action Complaint is
6  deemed served upon the parties who have previously appeared on the date of the entry
7  of this order.  Thus, the parties shall deem Defendant as having been served with the
8  Second Amended Class Action Complaint as of the date that this order is entered.
9  Additionally, in light of this order, Defendant's Motion to Dismiss the First Amended
10 Complaint (Docket No. 21) is **DENIED** as moot.
11 **IT IS SO ORDERED.**
12
13 Dated:  November 27, 2023
14                                                           HON. WESLEY L. HSU
                                                             UNITED STATES DISTRICT JUDGE